IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LUTFI SHAFQ TALAL, )
)
    Plaintiff, )
v. ) NO. 3:03-00928
) JUDGE HAYNES
TENNESSEE DEPARTMENT OF )
CORRECTIONS, )
)
    Defendant. )

## ORDER

In accordance with the Memorandum filed herewith, the Defendant Tim Hansche's motion to dismiss (Docket Entry No. 108) is **GRANTED** and the Plaintiff's claims against the Defendant Tim Hansche are **DISMISSED without prejudice**.

It is so **ORDERED**.

**ENTERED** this the 6th day of November, 2006.

WILLIAM J. HAYNES, JR.
United States District Court