IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LUFTI SHAFQ TALAL, | ) |
|     Plaintiff, | ) |
| v. | ) No.: 3:03-928 |
| | ) JUDGE HAYNES |
| QUENTION I. WHITE, | ) |
| Tennessee Department of Corrections, | ) JURY DEMAND |
| et al., | ) |
|     Defendants. | ) |

## AMENDED AGREED SCHEDULING ORDER

Upon the agreement of the parties, and for good cause shown, the Court establishes the following schedule for the orderly and expedited resolution of this matter:

(a)     INITIAL DISCLOSURES: The parties shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before **December 14, 2007**.

(b)     JOINDER OF PARTIES: The parties shall join all parties to the lawsuit no later than **March 31, 2008**.

(c)     MOTIONS TO AMEND: The parties shall file all Motions to Amend on or before **March 31, 2008**.

(d)     DISCOVERY: The parties shall complete all written discovery and depose all fact witnesses on or before **October 31, 2008**.

(e)     DISCLOSURE OF EXPERT WITNESSES: The plaintiff shall identify and disclose all expert witnesses and expert reports on or before **August 21, 2008**. The defendants shall identify and disclose all expert witnesses

and expert reports on or before **September 20, 2008**. The plaintiff shall identify and disclose all rebuttal expert witnesses and rebuttal expert reports by **October 1, 2008**.

(f) <u>DEPOSITIONS OF EXPERT WITNESSES</u>: The parties shall depose all expert witnesses on or before **October 31, 2008**.

(g) <u>DISPOSITIVE MOTIONS</u>: The parties shall file all dispositive motions on or before **December 15, 2008**.

It is so ORDERED.

Enter this 29th day of January, 2008.

_____
JUDGE WILLIAM J. HAYNES