IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LUFTI SHAFQ TALAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:03-0928 |
| ) | JUDGE HAYNES |
| GEORGE LITTLE, Commissioner, ) | |
| Tennessee Department of Correction, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendants' motion to dismiss claims against Defendants Jim Dickman, David Jenkins, and Thomas Himes (Docket Entry No. 125) is **DENIED** as moot. Defendants' motion to dismiss claims against Defendants Gayle Ray, Roland Colson, Jack Morgan, and Wayne Brandon for lack of personal involvement, id., is **DENIED**. Defendants's motion to dismiss claims against Defendants Gayle Ray, Jack Morgan, Wayne Brandon, Gregory Addington, Bruce Coates, Bryant Williams, Debbie Garner, Sandra Watkins, Denise Clark, Larry Harper, Mark Turney, Linda Greer, William Peebles, Doris Halford, Derek Johnson, and William Wynn for failure to exhaust administrative remedies, id., is **DENIED**.

It is so **ORDERED**.

Entered this the 3rd day of July, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge